# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# TEXARKANA DIVISION

**LESLEY KOONTZ obo J.S.**                                                              **PLAINTIFF**

vs.                                            **Civil No. 4:19-cv-04081**

**ANDREW SAUL,**                                                                          **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 1st day of July 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE